**Order entered April 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00017-CR

**CLYDE EARL TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75930-P**

### ORDER

We **REINSTATE** this appeal.

We abated for a hearing on the status of corrected volumes 7 and 8 of the reporter's record and whether deputy court reporter LaToya R. Young, who had been ordered not to sit until she filed corrected volumes 7 and 8 of the reporter's record in this appeal, should be held in contempt.

On March 30, 2021, the trial court held a hearing. At that time, Ms. Young told the trial court she would file the corrected volumes with this Court as well as

with the official court reporter of the 203rd Judicial District Court on March 31, 2021. The supplemental reporter's record of the hearing was filed with this Court on April 7, 2021; however, the corrected volumes 7 and 8 were not filed. We contacted the 203rd Judicial District Court on April 12, 2021, and the corrected volumes were filed that same day. It appears the reporter's record is complete.

We **VACATE** our February 2, 2021 order to the extent it orders deputy court reporter LaToya R. Young not sit.

We **ORDER** appellant's brief due by May 14, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Crystal Brown, official court reporter, 203rd Judicial District Court; to LaToya R. Young, deputy court reporter; to the Dallas County Auditor's Office; and to counsel for all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE